**DENIED and Opinion Filed July 23, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00859-CV**

**IN RE ALI GANJAEI, Relator**

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-20539**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Miskel
Opinion by Justice Miskel

Before the Court are relator's July 18, 2024 petition for writ of mandamus and emergency motion for temporary stay and relief. Relator challenges (1) the portions of the trial court's October 3, 2023 Order on Motions Heard July 27, 2023 relating to real party in interest's Motion to Compel Jurisdictional Discovery and (2) a subsequent April 4, 2024 Order on Motions Heard March 27, 2024.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig.

proceeding). After reviewing relator's petition and the record before us, we conclude that relator has failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We also deny relator's emergency motion as moot.

/Emily Miskel/

EMILY MISKEL

JUSTICE

240859F.P05